■ SIDNEY E. FRANK, Appellant, v MORGAN GRENFELL GROUP PLC et al., Respondents.—Appeals by the plaintiff from (1) an order of the Supreme Court, Westchester County, dated August 28, 1987, and (2) an order of the same court, dated November 13, 1987.

Ordered that the orders are affirmed, without costs or disbursements, for reasons stated in the memorandum decisions of Justice Dachenhausen. Thompson, J. P., Brown, Rubin and Eiber, JJ., concur.